921 A.2d 1183

**Stanley Jay SHANNON, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

May 8, 2007.

Timothy P. Wile, Esq., Harold Cramer, Esq., Harrisburg, for Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing.

Stanley Shannon, *pro se.*

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of May, 2007, the Order of the Court of Common Pleas of Cumberland County is REVERSED based upon this Court's decisions in *Commonwealth v. Mockaitis,* 575 Pa. 5, 834 A.2d 488 (2003) and *McGrory v. PennDOT,* 591 Pa. 56, 915 A.2d 1155 (2007).